# United States District Court
## EASTERN DISTRICT OF CALIFORNIA


FILED
MAR 21 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

)
United States of America )
vs. ) Case No. 1:13-CR-00410-1
Bee Yang )
)

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Bee Yang_____, have discussed with _____Dan Stark_____, Pretrial Services Officer, modifications of my release conditions as follows:

To add the following condition of release: The defendant shall seek and/or maintain employment and provide proof of same as requested by the pretrial services officer.

All previous ordered conditions of release, not in conflict, are to remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  3/19/14          _____  03/19/2014
Signature of Defendant   Date            Pretrial Services Officer   Date

I have reviewed the conditions and concur that this modification is appropriate.

_____                    3/21/14
Signature of Assistant United States Attorney    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                    03/20/14
Signature of Defense Counsel             Date

### ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on    3/21/14
[ ] The above modification of conditions of release is *not* ordered.

_____                    3/21/14
Signature of Judicial Officer            Date

cc:  U.S. Attorney's Office, Defense Counsel, Pretrial Services